M. RUSSELL WARNE, PLAINTIFF-APPELLANT, v. EDWARD
T. MOORE, DEFENDANT-RESPONDENT.

Argued June 17, 1914—Decided June 17, 1914.

On appeal from the Supreme Court.

For the plaintiff-appellant, *Alan H. Strong.*

For the defendant-respondent, *Edward T. Moore.*

PER CURIAM.

This was an action for damages for an injury resulting
from a collision between an automobile and a sleigh.   Plaint-
iff was in the sleigh and was injured by impact from the
automobile while on a public highway in this state.   A judg-
ment of nonsuit was granted upon the trial of the issue at
the Middlesex Circuit upon the ground that the chauffeur,
who was operating the automobile, was not a servant of its
owner, the defendant.

The defendant, happening to have an automobile in Tren-
ton, hired a chauffeur named William Marchese to go there
and get the machine and drive it to Passaic for him.   De-
fendant contended, on this state of facts, that the plaintiff
failed to establish the relation of master and servant between
himself and Marchese, and claimed that Marchese was an
independent contractor for whose torts the defendant was
not liable.   We think differently.   His hiring the chauffeur

to drive the car for him from Trenton to Passaic made Marchese the defendant's servant for and during that employment.

The judgment of nonsuit, therefore, was error and should be reversed, to the end that a *venire de novo* may issue.

*For affirmance*—None.

*For reversal*—THE CHANCELLOR, CHIEF JUSTICE, GARRISON, SWAYZE, TRENCHARD, PARKER, BERGEN, MINTURN, KALISCH, BOGERT, VREDENBURGH, WHITE, WILLIAMS, JJ. 13.